683 A.2d 624

**In the Matter of Lonnie E. WALKER**
**Petition for Reinstatement.**

**No. 493, Disciplinary Docket No. 2—Supreme Court.**
**No. 20 DB 85 Disciplinary Board.**

Supreme Court of Pennsylvania.

July 1, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 1st day of July, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated May 8, 1996, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.